```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NATHAN COTTO, | |
|         Petitioner, | Civil Action No. 10-3624 (NLH) |
|         v. | **MEMORANDUM OPINION AND ORDER** |
| PAULA T. DOW, ESQ. Et al., | |
|         Respondents. | |

In light of this matter being terminated pursuant to this Court's Memorandum Opinion and Order dated October 21, 2010, see Docket Entry No. 4,

**IT IS** on this 15th day of December, 2010,

**ORDERED** that Petition's Motion, Docket Entry No. 5, docketed on October 27, 2010, is dismissed as moot; and it is further

ORDERED that the Clerk shall serve Petitioner with a copy of the docket sheet in this matter by regular U.S. mail.

/s/ NOEL L. HILLMAN
**NOEL L. HILLMAN**
**United States District Judge**

At Camden, New Jersey